NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RICHIE LEON HALL,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3170

---

Petition for review of the Merit Systems Protection Board in No. DC-3443-14-0725-I-1.

---

**ON MOTION**

---

**O R D E R**

Richie Leon Hall moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee of $500 must be paid within 30 days of the date of filing of this order.

2                                             HALL v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24